NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TRUEPOSITION INC.,**
*Plaintiff-Appellee,*

**v.**

**ANDREW CORPORATION,**
*Defendant-Appellant.*

---

2009-1389

---

Appeal from the United States District Court for the District of Delaware in No. 05-CV-747, Judge Sue Robinson.

---

**JUDGMENT**

---

PAUL B. MILCETIC, Woodcock Washburn LLP, of Philadelphia, Pennsylvania, argued for plaintiff-appellee. With him on the brief were GARY H. LEVIN, LYNN B. MORREALE and AMANDA M. KESSEL. Of counsel was JEREMY M. DUKMEN.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, of Chicago, Illinois, argued for defendant-appellant. With him on the brief was ROBERT N. HOCHMAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and GAJARSA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 12, 2010        /s/ Jan Horbaly

Date                 Jan Horbaly

                     Clerk